# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Page: 1-1

**Case No.:** 21-10168  
**Case Name:** FTS SCHOOL SERVICES, INC.  
**For Period Ending:** 06/30/2022

**Trustee Name:** (510120) Philip J. Montoya  
**Date Filed (f) or Converted (c):** 02/12/2021 (f)  
**§ 341(a) Meeting Date:** 03/12/2021  
**Claims Bar Date:** 06/25/2021

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | US Bank Checking Account #8884 | 22,616.77 | 22,616.77 | | 22,595.82 | FA |
| 2 | US Bank Checking Account #4719 | 12.75 | 12.75 | | 0.00 | FA |
| 3 | ACCOUNTS RECEIVABLE | 161,543.03 | 161,543.03 | | 4,139.24 | FA |
| 4 | Misc. Office Equipment | 6,000.00 | 6,000.00 | | 0.00 | FA |
| 5 | Misc. Equipment and Tools | 18,000.00 | 18,000.00 | | 5,347.65 | FA |
| 6 | Radios used in buses | 15,000.00 | 15,000.00 | | 0.00 | FA |
| 7* | 1601 Old US 66, Edgewood, NM (See Footnote) | 225,000.00 | 93,000.00 | | 189,000.00 | FA |
| 8 | Amounts held in Attorney Trust | 3,581.42 | 3,581.42 | | 3,581.42 | FA |
| 9 | Bus #0043 2016 INTE CES<br>Bus #0043 2016 INTE CES SBK379 VIN #4DRBUAAL0GB106244 | 41,200.00 | 41,200.00 | | 0.00 | FA |
| 10* | Bus #52 2017<br>Bus #FTS-00512003 IC IC SBK2658 VIN #4DRBRABL33B955617 (See Footnote) | 65,500.00 | 0.00 | | 0.00 | FA |
| 11 | Bus #FTS-0051 2003 IC IC<br>Bus #FTS-00512003 IC IC SBK2658 VIN #4DRBRABL33B955617 | 2,300.00 | 2,300.00 | | 550.00 | FA |
| 12 | Bus #0050 2018<br>Bus #0050 2018 SBK3152 VIN #4DRBUC8N0JB221940 | 56,700.00 | 0.00 | OA | 0.00 | FA |
| 13 | Bus #0042 2015 IC IC<br>Bus #0042 2015 IC IC SBK2955 VIN #4DRNZSKH4FB534170 | 29,500.00 | 29,500.00 | | 0.00 | FA |
| 14 | Bus #0051 2016 INTE CES<br>Bus #0051 2016 INTE CES SBK691 VIN #4DRBUAAL5GB031766 | 44,200.00 | 44,200.00 | | 0.00 | FA |
| 15 | Bus #0057 2016<br>Bus #0057 2016 SBK1404 VIN #4DRBUAAN6GB746332 | 46,000.00 | 37,990.18 | | 5,250.00 | FA |
| 16 | Bus #0058 2016<br>Bus #0058 2016 SBK2947 VIN #4DRBUAAN8GB746333 | 46,000.00 | 37,990.08 | | 5,000.00 | FA |
| 17 | Bus #0032 2016 IC IC<br>Bus #0032 2016 IC IC SBK2954 VIN #4DRBUAAN6GB720667 | 46,000.00 | 46,000.00 | | 0.00 | FA |
| 18 | Bus #0034 2016 INTE CES<br>Bus #0034 2016 INTE CES SBK149 VIN #4DRBUAAN5GB031767 | 46,000.00 | 10,397.79 | | 0.00 | FA |

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Page: 1-2

**Case No.:** 21-10168
**Case Name:** FTS SCHOOL SERVICES, INC.
**For Period Ending:** 06/30/2022

**Trustee Name:** (510120) Philip J. Montoya
**Date Filed (f) or Converted (c):** 02/12/2021 (f)
**§ 341(a) Meeting Date:** 03/12/2021
**Claims Bar Date:** 06/25/2021

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 19 | Bus #0040 2016 IC IC<br>Bus #0040 2016 IC IC SBK2956 VIN #4DRBUAAN8GB720668 | 46,000.00 | 46,000.00 | | 0.00 | FA |
| 20 | Bus #0044 2016 INTE CES<br>Bus #0044 2016 INTE CES SBK2952 VIN #4DRBUAAN7GB031768 | 46,000.00 | 10,397.79 | | 0.00 | FA |
| 21 | Bus #0037 2010 INTE INTE<br>Bus #0037 2010 INTE INTE SBK2660 VIN #4DRBUAAL6AB231742 | 16,100.00 | 16,100.00 | | 0.00 | FA |
| 22 | Bus #0054 2009 IC IC<br>Bus #0054 2009 IC IC SBK2669 VIN #4DRAPSKK59B131979 | 12,600.00 | 12,600.00 | | 18,500.00 | FA |
| 23 | Bus #0039 2007 INTE INTE<br>Bus #0039 2007 INTE INTE SBK2662 VIN #4DRBUAAN79B676116 | 9,000.00 | 9,000.00 | | 500.00 | FA |
| 24 | Bus #0045 2005 INTE INTE<br>Bus #0045 2005 INTE INTE SBK2668 VIN #4DRBUAAN59B676115 | 4,500.00 | 4,500.00 | | 2,600.00 | FA |
| 25 | Bus #0046 2009 IC IC<br>Bus #0046 2009 IC IC SBK2667 VIN #4DRBUAAN99B676117 | 14,000.00 | 14,000.00 | | 3,000.00 | FA |
| 26 | Bus #0036 2008 IC IC<br>Bus #0036 2008 IC IC SBK2657 VIN #4DRAPAFHX8A494369 | 9,900.00 | 9,900.00 | | 250.00 | FA |
| 27 | Bus #0035 2008 IC IC<br>Bus #0035 2008 IC IC SBK2654 VIN #4DRBUAAL38B517493 | 9,900.00 | 9,900.00 | | 3,100.00 | FA |
| 28 | Bus #FTS-41 2006 INTE IC<br>Bus #FTS-41 2006 INTE IC SBK2666 VIN #4DRBUAAN36B162288 | 5,800.00 | 5,800.00 | | 3,800.00 | FA |
| 29 | Bus #FTS-48 2006 IC IC<br>FTS-48 2006 IC IC SBK2656 4DRBUAAN56B162289 | 5,800.00 | 5,800.00 | | 3,800.00 | FA |
| 30 | Bus #00M2S 2003 INTE INTE<br>Bus #00M2S 2003 INTE INTE SBK2664 VIN #4DRBRAAN03B953360 | 2,300.00 | 2,300.00 | | 2,700.00 | FA |
| 31 | Bus #FTS32 2003 INTE INTE<br>Bus #FTS32 2003 INTE INTE SBK2661 VIN #4DRBRAAN03B953357 | 2,300.00 | 2,300.00 | | 2,600.00 | FA |
| 32 | Bus #55 2016 IC IC<br>Bus #55 2016 IC IC SBK3319 VIN #4DRBUAAN2GB746330 | 46,000.00 | 0.00 | OA | 0.00 | FA |
| 33 | Bus #56 2016 IC IC<br>Bus #56 2016 IC IC SBK2939 VIN #4DRBUAAN2GB746331 | 46,000.00 | 18,210.20 | OA | 0.00 | FA |

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Page: 1-3

**Case No.:** 21-10168  
**Case Name:** FTS SCHOOL SERVICES, INC.  
**For Period Ending:** 06/30/2022

**Trustee Name:** (510120) Philip J. Montoya  
**Date Filed (f) or Converted (c):** 02/12/2021 (f)  
**§ 341(a) Meeting Date:** 03/12/2021  
**Claims Bar Date:** 06/25/2021

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 34 | Bus #59 2019 IC CE<br>Bus #59 2019 IC CE SBK2948 VIN #4DRBUC8N9KB324632 | 65,500.00 | 0.00 | OA | 0.00 | FA |
| 35 | Bus #FTS 40<br>Bus #FTS 40 VIN #4DRBRAAN93B953356 | 2,300.00 | 2,300.00 | | 900.00 | FA |
| 36 | Bus #FTS 42<br>Bus #FTS 42 VIN #4DRBRAAN43B953359 | 2,300.00 | 2,300.00 | | 750.00 | FA |
| 37 | Bus #FTS 43<br>Bus #FTS 43 4DRBRAAN94B968120 | 2,300.00 | 2,300.00 | | 400.00 | FA |
| 38 | Bus #60 2019 CE<br>Bus #60 2019 CE VIN #4DRBUC8N2KB361294 | 65,500.00 | 0.00 | OA | 0.00 | FA |
| **38** | **Assets Totals (Excluding unknown values)** | **$1,289,253.97** | **$743,040.01** | | **$278,364.13** | **$0.00** |

RE PROP# 7     Sunwest escrow acct 10071269

RE PROP# 10     Bus #52 was returned to APS, Public Education Dept over 1 1/2 years ago.

---

**Major Activities Affecting Case Closing:**

7-22-22 Johnson has not finished preparing tax returns.
4-27-22 Askew & White filed their First and Final Fee Application. Order entered 5/31/2022.
3-07-22 TTEE filed Report of Sale of 3 Buses.
1-05-22 Second Amended Order Granting Trustee's Motion to Employ Bentley & Associates as Auctioneer and for Authority to Conduct Auction to Sell Property.
12-29-21 TTEE filed Report of Sale of real property located at 1631 Old US 66, Edgewood, NM.
12-14-21 Amended Order Approving Trustee's Sale of Real Property to Patricia Padilla Free and Clear of Liens, Claims, or Interests.
11-30-21 TTEE filed Report of Sale of Buses and Equipment.
11-19-21 Stipulated Order between Creditor APS, Debtor and Trustee Granting APS Relief from the Automatic Bankruptcy Stay.
10-21-21 TTEE filed Motion to Sell Property at 1631 Old US 66, Edgewood, NM 87015 Free and Clear to P. Padilla. Order entered 10/28/21.
8-24-21 TTEE filed an application to employ Bentley & Associates, LLC as Auctioneer and Motion to Sell Property. Order entered 10/19/2021.
8-13-21 TTEE filed an application to employ accountant, S. Johnson. Order entered 11/15/21.
8-09-21 TTEE filed an application to employ Askew & White, LLC as Special Counsel. Order entered 9/8/2021.
7-31-21 - Hire auctioneer to liquidate buses. Hire special counsel to collect receivables.
4.30.2021 Order entered granting Trustee's Application to Employ Realtor, Carmine Marotta Remaz of Western Heritage.
3.29.2021 Trustee filed Application to Employ a Realtor, Carmine Marotta Remaz of Western Heritage.
3.26.2021 Trustee filed Application to Employ P. Montoya, as General Counsel. Order entered 11/15/21.
3.22.2021 Report of Assets Filed. POC DL: 6/25/2021.

**Initial Projected Date Of Final Report (TFR):** 09/30/2022      **Current Projected Date Of Final Report (TFR):** 12/30/2022

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Page: 1-4

**Case No.:** 21-10168
**Case Name:** FTS SCHOOL SERVICES, INC.

**For Period Ending:** 06/30/2022

**Trustee Name:** (510120) Philip J. Montoya
**Date Filed (f) or Converted (c):** 02/12/2021 (f)
**§ 341(a) Meeting Date:** 03/12/2021
**Claims Bar Date:** 06/25/2021

07/30/2022
Date

/s/Philip J. Montoya
Philip J. Montoya

# Form 2
## Cash Receipts And Disbursements Record

| Case No.: | 21-10168 | Trustee Name: | Philip J. Montoya (510120) |
|---|---|---|---|
| Case Name: | FTS SCHOOL SERVICES, INC. | Bank Name: | People's United Bank |
| Taxpayer ID #: | **-***6857 | Account #: | ******8310 Checking |
| For Period Ending: | 06/30/2022 | Blanket Bond (per case limit): | $6,700,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/16/21 | {1} | US Bank | Account proceeds | 1129-000 | 22,595.82 | | 22,595.82 |
| 03/31/21 | | People's United Bank | Bank and Technology Services Fees | 2600-000 | | 15.69 | 22,580.13 |
| 04/05/21 | 101 | Thomas Briody | 2 hours to move three buses | 2420-000 | | 50.00 | 22,530.13 |
| 04/08/21 | {8} | Walker & Associates, PC | Attorney trust account balance | 1129-000 | 3,581.42 | | 26,111.55 |
| 04/30/21 | | People's United Bank | Bank and Technology Services Fees | 2600-000 | | 40.14 | 26,071.41 |
| 05/28/21 | | People's United Bank | Bank and Technology Services Fees | 2600-000 | | 38.99 | 26,032.42 |
| 06/30/21 | | People's United Bank | Bank and Technology Services Fees | 2600-000 | | 45.89 | 25,986.53 |
| 07/30/21 | | People's United Bank | Bank and Technology Services Fees | 2600-000 | | 41.64 | 25,944.89 |
| 08/19/21 | 102 | International Sureties, Ltd. | Prorated blanket bond payment per order 21-00002 doc4 | 2300-000 | | 19.21 | 25,925.68 |
| 08/24/21 | 103 | UNITED STATES BANKRUPTCY COURT | Payment of deferred filing fee per order doc48 | 2700-000 | | 188.00 | 25,737.68 |
| 08/31/21 | | People's United Bank | Bank and Technology Services Fees | 2600-000 | | 44.35 | 25,693.33 |
| 09/15/21 | {3} | Sandia Prep | Sandia Prep receivable | 1121-000 | 279.12 | | 25,972.45 |
| 09/19/21 | 104 | Thomas Briody | 8.5 hours to assist Bentley removing remaining buses | 2420-000 | | 212.50 | 25,759.95 |
| 09/29/21 | | Transfer Debit to Metropolitan Commercial Bank acct XXXXXX7319 | Transition Debit to Metropolitan Commercial Bank acct XXXXXX7319 | 9999-000 | | 25,759.95 | 0.00 |

|  |  | | | | |
|---|---|---|---|---|---|
| | COLUMN TOTALS | | | 26,456.36 | 26,456.36 | $0.00 |
| | Less: Bank Transfers/CDs | | | 0.00 | 25,759.95 | |
| | Subtotal | | | 26,456.36 | 696.41 | |
| | Less: Payments to Debtors | | | | 0.00 | |
| | NET Receipts / Disbursements | | | $26,456.36 | $696.41 | |

Case 21-10168-t7    Doc 85    Filed 07/30/22    Entered 07/30/22 10:54:35 Page 5 of 9

{ } Asset Reference(s)                                                                                              ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Page: 2-2

| Case No.: | 21-10168 | Trustee Name: | Philip J. Montoya (510120) |
|---|---|---|---|
| Case Name: | FTS SCHOOL SERVICES, INC. | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***6857 | Account #: | ******7319 Checking Account |
| For Period Ending: | 06/30/2022 | Blanket Bond (per case limit): | $6,700,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction / Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 09/29/21 | | Transfer Credit from People's United Bank acct XXXXXX8310 | Transition Credit from People's United Bank acct XXXXXX8310 / 9999-000 | 25,759.95 | | 25,759.95 |
| 09/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees / 2600-000 | | 41.33 | 25,718.62 |
| 10/20/21 | {3} | Follow the Sun, Inc. | Reimbursement for payment on invoice 5323 / 1121-000 | 688.07 | | 26,406.69 |
| 10/20/21 | {3} | Follow the Sun, Inc. | Reimbursement for payment on invoice 5310 / 1121-000 | 428.42 | | 26,835.11 |
| 10/29/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees / 2600-000 | | 40.32 | 26,794.79 |
| 11/08/21 | {3} | Albuquerque Academy | Account receivable / 1121-000 | 2,743.63 | | 29,538.42 |
| 11/30/21 | | Bentley & Associates, LLC | Net sales proceeds per order doc57 | 25,687.88 | | 55,226.30 |
| | {5} | | Gross sales proceeds per order doc57  $5,347.65 / 1129-000 | | | |
| | {24} | | Gross sales price  $2,600.00 / 1129-000 | | | |
| | {30} | | Gross sales price  $2,700.00 / 1129-000 | | | |
| | {28} | | Gross sales price  $3,800.00 / 1129-000 | | | |
| | {31} | | Gross sales price  $2,600.00 / 1129-000 | | | |
| | {25} | | Gross sales price  $3,000.00 / 1129-000 | | | |
| | {27} | | Gross sales price  $3,100.00 / 1129-000 | | | |
| | {29} | | Gross sales price  $3,800.00 / 1129-000 | | | |
| | {11} | | Gross sales price  $550.00 / 1129-000 | | | |
| | {37} | | Gross sales price  $400.00 / 1129-000 | | | |
| | {26} | | Gross sales price  $250.00 / 1129-000 | | | |
| | {36} | | Gross sales price  $750.00 / 1129-000 | | | |
| | {35} | | Gross sales price  $900.00 / 1129-000 | | | |
| | {23} | | Gross sales price  $500.00 / 1129-000 | | | |
| | | Bentley & Associates, LLC | Auctioneer fees per order doc 57  -$3,029.77 / 3610-000 | | | |

Page Subtotals: $55,307.95   $81.65

Case 21-10168-t7    Doc 85    Filed 07/30/22    Entered 07/30/22 10:54:35 Page 6 of 9

{ } Asset Reference(s)                                                                                                    ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Page: 2-3

| Case No.: | 21-10168 | Trustee Name: | Philip J. Montoya (510120) |
|---|---|---|---|
| Case Name: | FTS SCHOOL SERVICES, INC. | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***6857 | Account #: | ******7319 Checking Account |
| For Period Ending: | 06/30/2022 | Blanket Bond (per case limit): | $6,700,000.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
|  |  | Bentley & Associates, LLC | Expenses per order doc57 -$1,580.00 | 3620-000 |  |  |  |
| 11/30/21 | 1000 | UNITED STATES BANKRUPTCY COURT | Payment of deferred fee per order doc65 | 2700-000 |  | 188.00 | 55,038.30 |
| 11/30/21 |  | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 |  | 49.03 | 54,989.27 |
| 12/27/21 |  | First American Title Company | Net sales proceeds per order doc73 |  | 31,490.14 |  | 86,479.41 |
|  |  | First American Title Insurance Company | Misc closing costs -$1,250.00 | 2500-000 |  |  |  |
|  |  | Sunwest Escrow | Payoff real estate contract -$131,645.83 | 4110-000 |  |  |  |
|  |  | Remax Western Heritage | Real commission (split with buyer's realtor) -$18,900.00 | 3510-000 |  |  |  |
|  |  | Remax Western Heritage | Realtor expenses -$1,547.44 | 3520-000 |  |  |  |
|  |  | Patricia Padilla | Buyer credit for trash and debris removal -$3,000.00 | 2500-000 |  |  |  |
|  |  | Santa Fe County Treasurer | Real property taxes -$434.11 | 2820-000 |  |  |  |
|  |  | Santa Fe County Treasurer | Pre-petition real property tax -$732.48 | 4700-000 |  |  |  |
|  | {7} |  | Gross sales price $189,000.00 | 1110-000 |  |  |  |
| 12/29/21 | 1001 | Santa Fe County Treasurer | Correction payment due to title company because of error in computing taxes Stopped on 05/19/2022 | 2820-005 |  | 48.58 | 86,430.83 |
| 12/31/21 |  | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 |  | 94.84 | 86,335.99 |
| 01/31/22 |  | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 |  | 133.83 | 86,202.16 |
| 02/02/22 |  | Sunwest Escrow | Real estate contract payoff refund | 4110-000 |  | -153.44 | 86,355.60 |
| 02/02/22 |  | Sunwest Escrow | Real estate contract payoff refund | 4110-000 |  | -893.00 | 87,248.60 |
| 02/28/22 |  | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 |  | 130.37 | 87,118.23 |
| 03/07/22 |  | Bentley & Associates | Auction proceeds per order doc76 |  | 25,875.00 |  | 112,993.23 |
|  | {16} |  | Gross sales price $5,000.00 | 1129-000 |  |  |  |
|  | {15} |  | Gross sales price $5,250.00 | 1129-000 |  |  |  |
|  | {22} |  | Gross sales price $18,500.00 | 1129-000 |  |  |  |
|  |  | Bentley & Associates, LLC | Auctioneer commission -$2,875.00 | 3610-000 |  |  |  |

Page Subtotals: $57,365.14    -$401.79

Case 21-10168-t7    Doc 85    Filed 07/30/22    Entered 07/30/22 10:54:35 Page 7 of 9

{ } Asset Reference(s)                                                                ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Page: 2-4

| | |   | | |
|---|---|---|---|---|
| Case No.: | 21-10168 | Trustee Name: | Philip J. Montoya (510120) | |
| Case Name: | FTS SCHOOL SERVICES, INC. | Bank Name: | Metropolitan Commercial Bank | |
| Taxpayer ID #: | **-***6857 | Account #: | ******7319 Checking Account | |
| For Period Ending: | 06/30/2022 | Blanket Bond (per case limit): | $6,700,000.00 | |
| | | Separate Bond (if applicable): | N/A | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/07/22 | 1002 | TCF Equipment Finance | Payment of secured creditor per order doc76 | 4110-000 | | 8,009.02 | 104,984.21 |
| 03/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 178.63 | 104,805.58 |
| 04/29/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 162.44 | 104,643.14 |
| 05/19/22 | 1001 | Santa Fe County Treasurer | Correction payment due to title company because of error in computing taxes<br>Stopped: check issued on 12/29/2021 | 2820-005 | | -48.58 | 104,691.72 |
| 05/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 162.19 | 104,529.53 |
| 06/01/22 | 1003 | Askew White LLC | Payment of fess and expenses per order Doc. No. 83 | | | 1,436.49 | 103,093.04 |
| | | Askew White LLC | Expenses $227.39 | 3220-000 | | | |
| | | Askew White LLC | Fees $1,209.10 | 3210-000 | | | |
| 06/09/22 | 1004 | Santa Fe County Treasurer | Correction payment due to title company because of error in computing taxes | 2820-000 | | 48.58 | 103,044.46 |
| 06/30/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 182.16 | 102,862.30 |
| | | **COLUMN TOTALS** | | | 112,673.09 | 9,810.79 | $102,862.30 |
| | | | Less: Bank Transfers/CDs | | 25,759.95 | 0.00 | |
| | | **Subtotal** | | | 86,913.14 | 9,810.79 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | $86,913.14 | $9,810.79 | |

Case 21-10168-t7    Doc 85    Filed 07/30/22    Entered 07/30/22 10:54:35 Page 8 of 9

{ } Asset Reference(s)            ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Page: 2-5

| | | | |
|---|---|---|---|
| **Case No.:** | 21-10168 | **Trustee Name:** | Philip J. Montoya (510120) |
| **Case Name:** | FTS SCHOOL SERVICES, INC. | **Bank Name:** | Metropolitan Commercial Bank |
| **Taxpayer ID #:** | **-***6857 | **Account #:** | ******7319 Checking Account |
| **For Period Ending:** | 06/30/2022 | **Blanket Bond (per case limit):** | $6,700,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

|  |  |
|---:|---:|
| Net Receipts: | $113,369.50 |
| Plus Gross Adjustments: | $164,994.63 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $278,364.13 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******8310 Checking | $26,456.36 | $696.41 | $0.00 |
| ******7319 Checking Account | $86,913.14 | $9,810.79 | $102,862.30 |
| | $113,369.50 | $10,507.20 | $102,862.30 |

| | |
|---|---|
| 07/30/2022 | /s/Philip J. Montoya |
| Date | Philip J. Montoya |